United States District Court
Southern District of Texas

**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Robiul Alam, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2874 |
| | § | |
| Martin Frink, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER VACATING HEARING

A hearing on Robiul Alam's Petition for a Writ of *Habeas Corpus*, Doc. 1, is scheduled for July 22, 2026, Doc. 10. Before the Court is Respondent's Opposed Motion to Reset the Hearing. Doc. 12. Respondent represents that on June 29, 2026, the Embassy of Bangladesh issued a travel document to facilitate Petitioner's removal, and the Department of Homeland Security intends to place Petitioner on the next charter flight to Bangladesh on July 28, 2026. Docs. 11-1 ¶ 35, 11-2.

Based on these representations, the Court finds good cause to vacate the hearing. The Motion is GRANTED. The Court VACATES the hearing and the Writ of *Habeas Corpus ad Testificandum*, Doc. 9. Respondent is ORDERED to file a status update no later than July 31, indicating whether Petitioner has, in fact, been removed or is otherwise no longer in custody. If Petitioner remains in custody on that date, the Court will promptly reset the hearing.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 16th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge